# United States District Court
## For The Western District of North Carolina
## Statesville Division

WILLIE EUGENE JONES, JR.,

    Plaintiff(s),

vs.

THEODIS BECK, ET AL.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV28-1-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 3, 2009, Order.

Signed: April 3, 2009

Frank G. Johns, Clerk
United States District Court